1064

THE STATE OF WASHINGTON, *Respondent*, v. LINDA J. MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-1-00150-6, Ted W. Small, J., entered November 3, 1995. *Reversed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

*In the Matter of the Personal Restraint of* TRAVIS LEE HOLSTEAD, *Petitioner*.

THE STATE OF WASHINGTON, *Respondent*, v. TRAVIS LEE HOLSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-01310-0, Heather K. Van Nuys, J., entered December 4, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

DIXIE ANNE DAVIS, *Appellant*, v. MOUNT ST. JOSEPH, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-2-06036-2, Paul A. Bastine, J., entered December 22, 1995. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Thompson and Brown, JJ.